IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA

V.                                                     CR. NO. B-04-883

JOEL P. KUBIK

## ORDER

This Court having considered defendant JOEL P. KUBIK's Motion for Leave to File Objections to the Pre-Sentence Investigation Report in the above styled and numbered cause is of the opinion that it should be and is hereby GRANTED/DENIED.

SO ORDERED this the ___14___ day of ___April___, 2005, at Brownsville, Texas.

_____
JUDGE PRESIDING